

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2015

No. 04-15-00431-CR

David Jermain **HAWKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0290
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The trial court appointed Mr. Michael Young, as Chief Public Defender of Bexar County, to represent appellant in these appeals. Initially, Mr. Young assigned Mr. Richard B. Dulany Jr., an employee with the Public Defender's Office, to these appeals. Mr. Dulany is no longer with the Public Defender's Office, and another attorney in the Public Defender's Office has filed a notice of appearance with regard to these appeals.

Mr. Dulany has filed in this court a "Motion to Withdraw as Counsel." After reviewing the motion, we **GRANT** the request to withdraw as counsel, but we **DENY** the request to abate the matter to the trial court.

We **order** the clerk of this court to serve a copy of this order on Mr. Richard B. Dulany Jr. and all current counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court